WILLIAM HOSMER et al., Plaintiffs, v KUBRICKY CONSTRUCTION CORPORATION, Respondent, and TOWN OF FORT ANN, Appellant, et al., Defendants. (And 13 Other Related Actions.)

Submitted March 26, 2012; decided May 3, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.

ERIC MARTIN, Appellant, v SOUTHERN CONTAINER CORP. et al., Respondents.

Submitted March 26, 2012; decided May 3, 2012

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

LIJO PANGHAT, M.D., Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent.

Submitted March 12, 2012; decided May 3, 2012

Motion for leave to appeal from the Appellate Division order dismissing the appeal from the July 2010 Supreme Court order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.

LIJO PANGHAT, M.D., Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent.

Submitted April 16, 2012; decided May 3, 2012

Motion for leave to appeal from the Appellate Division order that affirmed the November 2010 Court of Claims order denied with $100 costs and necessary reproduction disbursements.

Chief Judge LIPPMAN taking no part.

In the Matter of PEOPLE OF STATE OF NEW YORK, Respondent, v MIRCEA VELEANU, Doing Business as OBJETS D'ART UNIQUES, Appellant.

Submitted March 12, 2012; decided May 3, 2012

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILL WILLIAMS, Appellant.

Submitted April 30, 2012; decided May 3, 2012

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

URI TORNHEIM, Appellant, v BLUE & WHITE FOOD PRODUCTS CORP., Respondent.

Submitted February 14, 2012; decided May 3, 2012

Motion for leave to appeal from the Appellate Division order that modified the Supreme Court judgment denied with $100 costs and necessary reproduction disbursements.

URI TORNHEIM, Appellant, v BLUE & WHITE FOOD PRODUCTS CORP., Respondent.

Submitted February 14, 2012; decided May 3, 2012